IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Coalition for Sonoran Desert Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Federal Highway Administration, et al., <br><br> Defendants. | No. CV-22-00193-TUC-JCH <br><br> **ORDER** |

Oral argument on Defendants' Motion to Partially Dismiss for Lack of Subject Matter Jurisdiction, (Doc. 18), is scheduled for **January 25, 2023**, at **2:00 p.m**. Before the Court is Defendant-Intervenor Arizona Department of Transportation's ("ADOT") "Motion for Leave to Appear Remotely at the Hearing on Defendants' Motion for Partial Dismissal" (Doc. 33).[1] Neither Plaintiffs nor Defendants oppose the Motion. (*Id.* at 3.) Good cause appearing,

**IT IS ORDERED GRANTING** Defendant-Intervenor ADOT's "Motion for Leave to Appear Remotely at the Hearing on Defendants' Motion for Partial Dismissal" (Doc. 33). Counsel for ADOT must call 1-888-363-4735 and enter access code 5538514 at the time set for the Oral Argument on **January 25, 2023**, at **2:00 p.m**.

Dated this 17th day of January, 2023.

Honorable John C. Hinderaker
United States District Judge

---

[1] ADOT as the local Project sponsor, *see* 23 U.S.C. § 326, intervened as an Intervenor-Defendant in this action on August 31, 2022. (*See* Doc. 24.) ADOT did not participate in the briefing on the instant Motion to Dismiss.