Christopher M. Chellis
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
OR Bar No. 176035
christopher.chellis@usdoj.gov
Tel: (202) 305-0245

Counsel for Federal Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Coalition for Sonoran Desert Protection; Center for Biological Diversity; Friends of Ironwood Forest; and Tucson Audubon Society, | No. 4:22-cv-193-JCH |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| Federal Highway Administration; and Karla Petty, acting in her official capacity as Division Administrator, Federal Highway Administration, Arizona, | |
| Defendants, | |
| and | |
| Arizona Department of Transportation, | |
| Intervenor-Defendant. | |

On June 6, 2023, the parties filed a Joint Status Report apprising the Court that the Federal Highway Administration ("FHWA") anticipated receiving part of the Administrative Record in this matter from the Arizona Department of Transportation ("ADOT") by mid-June. *See* ECF No. 39 at 2. The parties now report that ADOT and FHWA are working together to provide FHWA access to that record so it can begin its review of—and assess how much time it will take to complete—the record.

After FHWA gains access to the record and determines how much time it will need to complete the record, the parties will file a Joint Status Report that includes proposed deadlines for the completion and lodging of the Administrative Record, any motions to complete or supplement the record, amendment of pleadings, and motion and cross-motions for summary judgment. The parties anticipate filing a proposed schedule by the end of this month.

Respectfully submitted, the 16th day of June, 2023.

/s/ *Wendy Park*
Wendy Park (CA Bar No. 237331)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA  946112
Phone: (510) 844-7138
wpark@biologicaldiversity.org
jaugustine@biologicaldiversity.org
*Pro Hac Vice*

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*Christopher M. Chellis*
CHRISTOPHER M. CHELLIS
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0245
Fax: (202) 305-0506
christopher.chellis@usdoj.gov

*Counsel for Federal Defendants*

MARK BRNOVICH, ATTORNEY GENERAL

| | |
|---|---|
| 1 | |
| 2 | DANIEL BERGIN |
| | Section Chief Counsel – Transportation Section |
| 3 | ADRIENNE WEINKAMER |
| 4 | Assistant Attorney General |
| | OFFICE OF THE ATTORNEY GENERAL |

NOSSAMAN LLP

By: */s/ David J. Miller (with permission)*
      David J. Miller

*Attorneys for Intervenor-Defendant Arizona Department of Transportation*

2