1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9 Coalition for Sonoran Desert Protection, et al., | No. CV-22-00193-TUC-JCH |
| 10 Plaintiffs, | **SCHEDULING ORDER** |
| 11 | |
| 12 v. | |
| 13 Federal Highway Administration, et al., | |
| 14 Defendants. | |

15    This matter involves review of an administrative record. *See* Fed. R. Civ. P.

16 26(a)(1)(E)(i). Upon consideration of the parties' Joint Status Report and Proposed

17 Schedule, (Doc. 43), the Court takes the following action to reach a just adjudication of the

18 Complaint.

19    **IT IS ORDERED:**

20  1. Defendants shall have until **November 30, 2023** to produce and certify the FHWA

21     administrative record.

22  2. Plaintiffs shall identify any issues concerning the administrative records, and initiate

23     conferral on or before **January 26, 2024**; the parties will informally seek to resolve

24     any issues and disputes regarding the administrative record(s) among themselves on

25     or before **February 19, 2024**.

26     a. If informal resolution efforts are unsuccessful, Plaintiffs shall have until

27        **April 10, 2024** to file any motion to complete or supplement the

28        administrative record(s), or for the Court to consider extra-record evidence

1       on the merits. If such a motion is filed, the briefing schedule set forth below

2       will be vacated, and the parties shall propose a new briefing schedule within

3       14 days of the Court's resolution of the motion.

4          b. Defendants shall have until **April 24, 2024** to file their combined Response

5           to the Motion to Complete or Supplement the Administrative Record.

6          c. Plaintiffs shall have until **May 8, 2024**, to file a Reply to the Motion to

7           Complete or Supplement the Administrative Record.

8     3. Defendants shall have until **March 20, 2024** to lodge with the Clerk of the Court

9       the FHWA administrative record.

10     4. The Parties shall file on or before **April 24, 2024**, a Joint Status Report with this

11       Court proposing a schedule for amendment of the pleadings (if any) and summary

12       judgment briefing in this case.

13

14   Dated this 6th day of July, 2023.

15

16

17                                 _____

18                              Honorable John C. Hinderaker
                               United States District Judge

19

20

21

22

23

24

25

26

27

28