CHRISTOPHER M. CHELLIS (OR Bar No. 176035)
Trial Attorney, Natural Resources Section
ALISON C. FINNEGAN (PA Bar No. 88519)
Trial Attorney, Wildlife and Marine Resources Section
United States Department of Justice
Environment & Natural Resources Division
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0245 (Chellis)
(202) 531-3312 (Finnegan)
christopher.chellis@usdoj.gov
alison.c.finnegan@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Coalition for Sonoran Desert Protection; Center for Biological Diversity; Friends of Ironwood Forest; and Tucson Audubon Society, | No. 4:22-cv-193-JCH |
| Plaintiffs, | |
| v. | **STATUS REPORT** |
| Federal Highway Administration, et al., | |
| Defendants, | |
| and | |
| Arizona Department of Transportation, | |
| Intervenor-Defendant. | |

On January 22, 2025, the Court granted the Parties' Joint Stipulation to Stay Case. Dkt. 73.  Among other things, the Court ordered Federal Defendants to "file a status report on March 21, 2025, and every 180 days thereafter, apprising the Court of the status of the reevaluation and ESA processes, including—to the extent feasible—an estimated timeline for completion, a summary of what items identified in the parties' stipulation [the Federal Highway Administration ("FHWA")] has completed and remain to be completed or will not be completed, and estimated dates for remaining steps to be completed."  *Id.*  Federal Defendants, along with Intervenor-Defendant the Arizona Department of Transportation ("ADOT"), filed their first report on March 21, 2025 as directed by the Court and incorporate it here by reference.  *See* Dkt. 76.  Federal Defendants and ADOT submit the following status report:

ADOT reports that project funding has been programmed as a result of the State Transportation Board project funding approval process and FHWA funding authorization.

As to the EIS reevaluation decision, FHWA, ADOT, and ADOT's contracted consultant (AECOM) participated in a reevaluation kick-off workshop in early July 2025. Under the initial schedule established at this meeting, the estimated timeline for completion is Fall 2026.  Team coordination meetings are anticipated to continue on a biweekly basis.

Regarding the Endangered Species Act (ESA) effects analysis on the Tier 1 Record of Decision, FHWA, ADOT, and the U.S. Fish and Wildlife Service participated in a pre-consultation meeting on August 4, 2025, participated in a second meeting regarding ESA consultation on August 18, 2025, and participated in a third meeting on September 3, 2025.  Meetings are anticipated to continue on a biweekly basis.  ADOT and FHWA have reviewed a Project Work Plan and draft detailed schedule, and are working with ADOT's contracted consultant on an outline for the ESA Section 7 methodology.  FHWA has sent letters to cooperating agencies, and ADOT has sent letters to participating agencies and coordination letters to Tribes, to invite those entities to participate in the re-evaluation effort.  At this time, FHWA anticipates that it will complete its reevaluation in Fall 2026.

However, it is not feasible at this time to provide an expected timeline for completion of consultation under Section 7 of the ESA because FHWA cannot predetermine whether consultation with the U.S. Fish and Wildlife Service will be required or whether, if required, any consultation will be informal or formal.  *See* Dkt. 72 at 3.

Respectfully submitted, the 17th day of September, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/* Alison C. Finnegan
CHRISTOPHER M. CHELLIS
Trial Attorney, Natural Resources Section
ALISON C. FINNEGAN
Trial Attorney, Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0245 (Chellis)
(202) 532-3312 (Finnegan)
christopher.chellis@usdoj.gov
alison.c.finnegan@usdoj.gov

*Counsel for Federal Defendants*

KRIS MAYES, ATTORNEY GENERAL
DANIEL BERGIN
Section Chief Counsel – Transportation Section
ADRIENNE WEINKAMER
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL

NOSSAMAN LLP

By: */s/ David J. Miller* (with permission)
        David J. Miller
        Robert D. Thornton
*Attorneys for Intervenor-Defendant Arizona*
*Department of Transportation*