CHRISTOPHER M. CHELLIS (OR Bar No. 176035)
Trial Attorney, Natural Resources Section
ALISON C. FINNEGAN (PA Bar No. 88519)
Trial Attorney, Wildlife and Marine Resources Section
United States Department of Justice
Environment & Natural Resources Division
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0245 (Chellis)
(202) 531-3312 (Finnegan)
christopher.chellis@usdoj.gov
alison.c.finnegan@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Coalition for Sonoran Desert Protection; Center for Biological Diversity; Friends of Ironwood Forest; and Tucson Audubon Society, | No. 4:22-cv-193-JCH |
| Plaintiffs, | |
| v. | **STATUS REPORT** |
| Federal Highway Administration, et al., | |
| Defendants, | |
| and | |
| Arizona Department of Transportation, | |
| Intervenor-Defendant. | |

1

On January 22, 2025, the Court granted the Parties' Joint Stipulation to Stay Case. Dkt. 73.  Among other things, the Court ordered Federal Defendants to "file a status report on March 21, 2025, and every 180 days thereafter, apprising the Court of the status of the Tier 1 Environmental Impact Statement (EIS) reevaluation and Endangered Species Act (ESA) processes, including—to the extent feasible—an estimated timeline for completion, a summary of what items identified in the parties' stipulation [the Federal Highway Administration ("FHWA")] has completed and remain to be completed or will not be completed, and estimated dates for remaining steps to be completed."  *Id.*  Federal Defendants, along with Intervenor-Defendant the Arizona Department of Transportation ("ADOT"), have filed two status reports as directed by the Court and incorporate them here by reference.  *See* Dkt. 76, 78.  Federal Defendants and ADOT submit the following status report:

As to the EIS reevaluation process, FHWA sent Section 4(f) coordination letters to Officials with Jurisdiction on September 23, 2025.  The cooperating agencies participated in a reevaluation kick-off meeting on December 11, 2025, with FHWA, ADOT, and ADOT's contracted consultant (AECOM) identifying roles and presenting an initial schedule for the reevaluation to the U.S. Bureau of Reclamation, the U.S. Fish and Wildlife Service, the Arizona Game and Fish Department, the U.S. Forest Service, the U.S. Bureau of Land Management, the Environmental Protection Agency, the U.S. Army Corps of Engineers, the National Park Service, and the U.S. Department of the Interior. Team coordination meetings occurred on December 11, 2025 and February 2, 9, 17 and March 2, 2026, and are anticipated to continue on a regular basis.  FHWA, ADOT and AECOM attended a Section 106 consultation methodology meeting on February 5, 2026. FHWA, ADOT and AECOM also attended a Section 4(f) coordination meeting with the U.S. Department of the Interior on February 17, 2026.  In addition, FHWA and ADOT have reviewed a Project Fact Sheet, NEPA Methodology Memorandum, Coordination Plan, and Public Involvement Plan.

Regarding the ESA effects analysis on the Tier 1 Record of Decision, FHWA, ADOT, AECOM and the U.S. Fish and Wildlife Service continued to participate in meetings regarding FHWA's Tier 1 effects analysis, which were held on September 22, October 6, November 17, December 8, and December 22, 2025 and February 9 and March 2, 2026.  Meetings are anticipated to continue on a regular basis.  ADOT provided an ESA Section 7 programmatic methodology to the U.S. Fish and Wildlife Service for review on September 4, 2025.  ADOT also provided a draft programmatic biological assessment to the U.S. Fish and Wildlife Service for informal review on December 16, 2025 and received comments from the U.S. Fish and Wildlife Service on February 6, 2026.  At this time, FHWA continues to anticipate that it will complete its reevaluation in Fall 2026. However, it is not feasible at this time to provide an expected timeline for completion of consultation under Section 7 of the ESA because FHWA cannot predetermine whether consultation with the U.S. Fish and Wildlife Service will be required or whether, if required, any consultation will be informal or formal.  *See* Dkt. 72 at 3.

Respectfully submitted, the 16th day of March, 2025.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/* Alison C. Finnegan
CHRISTOPHER M. CHELLIS
Trial Attorney, Natural Resources Section
ALISON C. FINNEGAN
Trial Attorney, Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0245 (Chellis)
(202) 532-3312 (Finnegan)
christopher.chellis@usdoj.gov
alison.c.finnegan@usdoj.gov

*Counsel for Federal Defendants*

KRIS MAYES, ATTORNEY GENERAL

3

DANIEL BERGIN
Section Chief Counsel – Transportation Section
ADRIENNE WEINKAMER
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL

NOSSAMAN LLP

By: /s/  David J. Miller (with permission)
   David J. Miller
   Robert D. Thornton
*Attorneys for Intervenor-Defendant Arizona*
*Department of Transportation*