CHRISTOPHER M. CHELLIS (OR Bar No. 176035)
Trial Attorney, Natural Resources Section
ALISON C. FINNEGAN (PA Bar No. 88519)
Trial Attorney, Wildlife and Marine Resources Section
United States Department of Justice
Energy & Natural Resources Division
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0245 (Chellis)
(202) 531-3312 (Finnegan)
christopher.chellis@usdoj.gov
alison.c.finnegan@usdoj.gov

*Counsel for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Coalition for Sonoran Desert Protection; Center for Biological Diversity; Friends of Ironwood Forest; and Tucson Audubon Society,<br><br>Plaintiffs,<br><br>v.<br><br>Federal Highway Administration, et al.,<br><br>Defendants,<br><br>and<br><br>Arizona Department of Transportation,<br><br>Intervenor-Defendant. | No. 4:22-cv-193-JCH<br><br>**STATUS REPORT** |

On January 22, 2025, the Court granted the Parties' Joint Stipulation to Stay Case. Dkt. 73. Among other things, the Court ordered Federal Defendants to "file a status report on March 21, 2025, and every 180 days thereafter, apprising the Court of the status of the Tier 1 Environmental Impact Statement (EIS) reevaluation and Endangered Species Act (ESA) processes, including—to the extent feasible—an estimated timeline for completion, a summary of what items identified in the parties' stipulation [the Federal Highway Administration ("FHWA")] has completed and remain to be completed or will not be completed, and estimated dates for remaining steps to be completed." *Id.* Federal Defendants, along with Intervenor-Defendant the Arizona Department of Transportation ("ADOT"), have filed three status reports as directed by the Court and incorporate them here by reference. *See* Dkt. 76, 78, 79. Federal Defendants and ADOT submit the following status report:

As to the EIS reevaluation process, team coordination meetings occurred on the following dates since submission of the Third Status Report: March 16, March 30, April 13, April 27, May 11, May 26, June 8, June 22, July 20, August 3, August 17, and August 31, 2026. Team coordination meetings are anticipated to continue approximately every two weeks. Section 106 consultation letters were sent to dozens of consulting parties (Federal agencies, state agencies, local governments, tribes, and private parties) on June 8, 2026. The cultural resources section of the EIS reevaluation is being updated based on the responses and data received. The Advisory Council on Historic Preservation (ACHP) requested a meeting with the Section 106 Programmatic Agreement signatories (Arizona State Historic Preservation Office, Arizona State Museum, ADOT, and FHWA), and it is anticipated that meeting will occur in late September or early October 2026. ADOT provided the cooperating agencies with a general reevaluation status update on July 21, 2026. ADOT's consultant anticipates providing a draft of the Section 4(f) Technical Report by September 14, 2026.

Regarding the ESA effects analysis on the Tier 1 Record of Decision, since the date of the last Status Report, FHWA, ADOT, and AECOM have continued to participate in

the project team coordination meetings above. *See supra*. Coordination meetings with FHWA, ADOT, AECOM and the U.S. Fish and Wildlife Service ("the Service") continued through March 2026 before concluding due to the pending submission of a programmatic biological assessment. FHWA and ADOT submitted a draft programmatic biological assessment to the Service on June 3, 2026. The Service requested additional information from FHWA and ADOT by letter dated August 3, 2026. The project team is reviewing the Service's comments and revising the draft programmatic biological assessment accordingly, but does not have an anticipated date for completing this work and submitting a final programmatic biological assessment to the Service.

At this time, FHWA no longer anticipates that it will complete its re-evaluation in the Fall of 2026. Until the final programmatic biological assessment (which will begin the process of formal consultation under Section 7 of the ESA) is submitted to the Service, it is not feasible for FHWA to provide an expected timeline for completion of ESA Section 7 consultation. *See* Dkt. 72 at 3. However, FHWA is targeting completion of all statutory aspects of its re-evaluation for the end of 2027. All general NEPA, Section 4(f), and ESA portions of the re-evaluation will be finalized at the same time and will be inseparable parts of one final re-evaluation.

Respectfully submitted, the 14th day of September 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy & Natural Resources Division

/s/ Alison C. Finnegan
CHRISTOPHER M. CHELLIS
Trial Attorney, Natural Resources Section
ALISON C. FINNEGAN
Trial Attorney, Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0245 (Chellis)
(202) 532-3312 (Finnegan)
christopher.chellis@usdoj.gov

alison.c.finnegan@usdoj.gov

*Counsel for Federal Defendants*

KRIS MAYES, ATTORNEY GENERAL
DANIEL BERGIN
Section Chief Counsel – Transportation Section
ADRIENNE WEINKAMER
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL

NOSSAMAN LLP

By: /s/ David J. Miller (with permission)
David J. Miller
Robert D. Thornton
*Attorneys for Intervenor-Defendant Arizona Department of Transportation*